# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0163.  CAFFREY CONSTRUCTION COMPANY et al. v. BENJAMIN RAYBURN.**

The Joint Motion to Remand Case to State Board for Approval of Settlement is hereby GRANTED. Pursuant to OCGA § 34-9-15, the State Board is to consider whether the parties' proposed settlement should be approved. If the State Board determines that the settlement should not be approved, Appellant Employer/Insurer may reinstate its appeal with this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*